### CESTERO *v.* NAVARRO.

Apelación procedente de la Corte de Distrito de

Guayama.

No. 68.   Resuelto en Junio 12, 1905.

APELACÓN.—JURISDICCIÓN.—El Tribunal Supremo carece de jurisdicción para conocer de una apelación interpuesta contra sentencia de la Corte de Distrito, dictada en apelación procedente de la Corte Municipal, en los casos en que el valor de la propiedad reclamada, ó la suma especificada en la sentencia, sin incluir productos é intereses sobre la misma, no excediere de trescientos dollars.

Abogado del apelante: *Sr. Ginorio* (Emigdio).
Abogado del apelado: *Sr. Rossy* (Manuel F.)

RESOLUCIÓN DEL TRIBUNAL.

*Vistas* la ley de la Asamblea Legislativa de esta Isla aprobado en nueve de Marzo último, por cuya sección 6a. se limitó la jurisdicción de esta Corte Suprema para conocer de las apelaciones á que se refiere el párrafo 2do. de la Sección 295 del Código de Enjuiciamiento Civil, á los casos en que el valor de la propiedad reclamada, ó la suma especificada en la sentencia, sin incluir productos é intereses sobre la misma exceda de trescientos

dollars y las resoluciones dictadas por esta Corte Suprema en consonancia con la citada ley en los días 1, 2 y 7 del que cursa, en los autos seguidos por The American Railroad Company of Porto Rico, contra Francisco Hernández, sobre indemnización de daños y perjuicios; W. Lind contra A. A. David y C. Porto Rico Cigar Co., sobre nulidad de un vale y Guillermo Fernández contra Eusebio Mogica, sobre cobro de pesos; y por las razones en que se fundan dichas sentencias que constan en los dictámenes que las acompañan de los Honorables Jueces de esta Corte Suprema los Sres. J. H. MacLeary y Adolph G. Wolf y cuyas razones son de perfecta aplicación al caso presente por no exceder de trescientos dollars la cuantía de la demanda; *se desestima* la apelación establecida en estos autos por el Doctor Don Rafael Cesteros contra la sentencia dictada por la Corte de Distrito de Guayama en catorce de Noviembre de mil novecientos cuatro, quedando en su consecuencia subsistente y en todo su vigor la expresada sentencia, sin especial condenación de costas; y remítase copia certificada de la presente resolución á la Corte sentenciadora para su cumplimiento y demás efectos que procedan con arreglo á derecho.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras, MacLeary y Wolf.